**Memorandum Opinion filed July 31, 2014, Withdrawn, Appeal Reinstated, and Order filed August 1, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00407-CV
_____

### SANTOS SAN JUAN D/B/A SANTOS WRECKER REPAIR, Appellant

### V.

### JOSE SEGOVIA, Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2012-06117**

## ORDER

On July 31, 2014, this court issued an opinion dismissing this appeal because appellant failed to make arrangements to pay for the clerk's record. On July 31, 2014, the clerk's record was filed.

This court's opinion filed July 31, 2014, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.** The reporter's record is due August 11, 2014.

PER CURIAM